UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

VICTOR ALICINIO ZARZUELA MATEO,                          Civil Action No.: 2:26-cv-03112


                                        Plaintiff,       **ORDER**
                                                         **ADOPTING R&R and**
        -against-                                        **GRANTING Remand**
                                                         **Motion**
PARAGON TRANSPORT LLC, RAYON DEMETRIUS
BYRD, and WISSON A. TEJADA GUTIERREZ ,


                                        Defendants.
------------------------------------------------------------------------- x


Upon consideration of the Paragon Defendants' letter motion to remand this action to state court pursuant to 28 U.S.C. § 1447(c), and Magistrate Judge Tiscione's June 29, 2026 Sua Sponte Report & Recommendation ("R&R") that this case be remanded for lack of diversity jurisdiction, to which no party objected and which, finding no clear error, this Court ADOPTS in its entirety, it is hereby:

**ORDERED** that the Paragon Defendants' letter motion to remand (ECF No. 12) is GRANTED; and it is further

**ORDERED** that this action is hereby REMANDED to the Supreme Court of the State of New York, County of Kings from which it was removed, on the ground that this Court lacks subject matter jurisdiction; and it is further

**ORDERED** that the Clerk of Court shall mail a certified copy of this Order of Remand to the clerk of the state court, in accordance with 28 U.S.C. § 1447(c); and it is further

**ORDERED** that, upon remand, the Clerk of Court shall close this case and terminate all pending motions as moot.

**SO ORDERED** this 16 day of July 2026 at Central Islip, New York.


                                         _/s/ JOANNA SEYBERT____

                                         Hon. Joanna Seybert
                                         United States District Judge